IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILLARD WAYNE BAKER, JR.,**<br><br>                                            Plaintiff,<br><br>            v.<br><br>**SOLORANO, et al.,**<br><br>                                            Defendants. | Case No.  2:22-cv-01096-KJM-JDP (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** |

   Defendants moved for a 10-day extension of time to file a responsive pleadings.  Good cause appearing, the Court GRANTS the motion.  ECF No. 22.  Defendants shall file a responsive pleading no later than March 9, 2023.

IT IS SO ORDERED.


Dated:   February 16, 2023                           _____
                                                                          JEREMY D. PETERSON
                                                                          UNITED STATES MAGISTRATE JUDGE