Millard Wayne Baker II, AA V16360
**Name and Prisoner/Booking Number**

North Kern State Prison /
**Place of Confinement**

Po Box 5000
**Mailing Address**

Delano, CA 93216
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED

MAR 1 6 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Millard Wayne Baker II, AA     )
(Full Name of Plaintiff)        )
                    Plaintiff,  )
                                )
            v.                  )  CASE NO. 2:22-CV-01096-KJM-JDP
                                )         (To be supplied by the Clerk)
(1) Solorzano                   )  " Jury Trial Demanded "
(Full Name of Defendant)        )
(2) "And others"                )
                                )  **CIVIL RIGHTS COMPLAINT**
(3) —                           )       **BY A PRISONER**
                                )   "Jury trail Demanded"
(4)                             )
                    Defendant(s). )  ☐ Original Complaint
                                )  ☐ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them.
                                )  ☒ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☒ Other: 28 U.S.C 1367   Note: Not Sure if (28 U.S.C 1343(a)) is a revised 28 U.S.C 1367?

2. Institution/city where violation occurred: Folsom State Prison

## B. DEFENDANTS

1. Name of first Defendant: __C. Solorzano__. The first Defendant is employed as: __Sergeant Correctional officer__ at __Old Folsom State Prison__.
   (Position and Title) (Institution)

2. Name of second Defendant: __Morris__. The second Defendant is employed as: __Correctional officer 2nd watch__ at __Old Folosom prison__.
   (Position and Title) (Institution)

3. Name of third Defendant: __Doe 1__. The third Defendant is employed as: __Guntower on main yard; on Kitchen__ at __Folsom State Prison__.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __Doe 2__. The fourth Defendant is employed as: __Guntower on main yard; 8n1 Building__ at __Folsom State Prison__.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Millard Baker__ v. __Solorzano, Eckhardt, ETC, AL__
      2. Court and case number: __Superior Court of California Sacramento - HC017474A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Case was transfered from Kern to Sacramento - Still pending.__

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 42 U.S.C 1983 8th Amendment to U.S. Constitution; 14th Amendment & 28 U.S.C 1367 California State Constitutional Rights/Tort Civil Code 1714(a)

2. **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: Failure to Act

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Once I had privacy, I expressed to officer Morris that I have safety concerns because I did not fight an inmate back who swung on me. Morris told me to talk to Sergeant Solorzano. I expressed safety concerns to Solorzano, he laughed and said "Your big ass has safety concerns" I'm 6'7 280. I told him I did not fight back which is frown apond in prison. He stated "but You did fight back I saw you" He said "Your getting a Rule Violation so show them that." He said I'm (confined to quarters) for today and walked away. Solorzano & Morris violated my Constitutional Rights 8th Amendment Deliberate Indifference because they had knowledge of a potential attack but failed to act. The Deliberate Indifference of both officers continues to deprive the plaintiff of my rights under the Due Process clause of the 14th Amendment. Moreover, This Court has Jurisdiction over plaintiff State law(Tort) Pursuant to 28 U.S.C 1367. The Defendants are responsible under Civil Code 1714(a). Solorzano & Morris were negligent by failing to act on my safety concerns which caused injuries. The officers are liable under Government Code 844.6(d). The Negligent Cause of Action caused intentional infliction of emotional distress. The Defendants acted willful, intentional in concious disregard to the plaintiff Constitutional and State Constitutional Rights. Plaintiff filed with the Victim Compensation Board July 2022 with no response. Plaintiff sent a follow up missive Sept. 2022 with no response. Plaintiff continued to wait for a response but never received one.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was Depressed Servercly because I was Scared about what could happen to me. Emotionally & mental anguish, Anriexty was Servere I had mulitple panic attacks while confined to quarters.

5. **Administrative Remedies:**    602 Log No. 292716
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>42 U.S.C 1983 8th Amendment to U.S Constution & 28 U.S.C 1367 California State Constitutional Rights; negligence Civil Code 1714(a)</u>

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Failure to Protect</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3-22-22 I was assaulted & Battered by 3 inmates on the main yard. This took place in broad day light and under 3 Gun towers, in the view of the officer station where 3 patroling officers be, plus the yard Sergeant Solorzano was around. Despite this, no officer responded by pushing their alarm. I was helpless, as I was beatdown by these 3 men intill I was knocked unconcious and laid on the ground for minutes. The inmate population began to sit in antisapation of the alarm. That should of alerted staff of a incident taking place. The 3 Gun towers, 3 patroling officers and Sergeant Solorzano all failed to protect me in the assault. Their lack of action amounted to a violation of my 8th Amendment Deliberate indifference, Cruel & unusal Puhishmentt, failure to protect rights under Due Process of the 14th Amendment. The officers were under the Color of State law rights and had a Constitutional duty to take reasonable measures to protect an inmate from assault. More over, This Court has jurisdiction over plaintiffs State laws (Tort) pursuant to 28 U.S.C 1367. The defendants are responsible under Civil Code 1714(a). The "Cause of Action" was negligence which caused my self irrepairable injuries physicall & Mental. The officers are liable under Government Code 844.6(d). The said officers who failed to intervene caused intentional infliction of emotional distress after failing to stop the Assault & Battery. The defendants acted willfull, intentional, Malicious & despicable in concious disregaurd to My Constitutional & State Constitutional rights. I the plaintiff filled out the Victim Compensation and a follow up only to never recieve an response.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Physically battered, my left ribs were bruised. My left shoulder was hurt, my neck & head was hurt. In addition, I suffer and continue to suffer emotional and mental anguish which is Depression & Anixety when around groups of people

5. **Administrative Remedies.**     602 Log No. 292716
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## Defendants Continued

5. Name: Doe 3            Folsom State Prison
   Position: Guntower on 1 Building in the rear of the building

6. Name Doe 4             Folsom State Prison
   Position: Patroling officer that be in officer station by the showers

7. Name Doe 5             Folsom State Prison
   Position: Patroling offer that be in officer station by the showers.

8. Name Doe 6             Folsom State Prison
   Position: officer at front gate by Canteen

### State Tort Defendants

| # | Name | Position |
|---|------|----------|
| 1 | Solorzano | Sergeant - Folsom State Prison |
| 2 | Morris | Correctional officer - Folsom State Prison |
| 3 | Rich Hill | Warden - Folsom State Prison |
| 4 | Ms Doe 1 | Medical (TTA) Correctional officer - Folsom State Prison |
| 5 | California | State of California |
| 6 | Doe 1 | Guntower - Folsom State Prison |
| 7 | Doe 2 | Guntower - Folsom State Prison |
| 8 | Doe 3 | Guntower - Folsom State Prison |
| 9 | Doe 4 | Patroling Correctional officer - Folsom State Prison |
| 10 | Doe 5 | Patroling Correctional officer - Folsom State Prison |
| 11 | Doe 6 | Front Gate Correctional officer - Folsom State Prison |

2A

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 42 U.S.C 1983 8th Amendment to U.S Constitution Baker V. Solorzano, Morris, ET AL Civil Code

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Condition of Confinement

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   By failing to protect, officers Solorzano, Morris, DoE1, DoE2, DoE3, DoE4, DoE5, DoE6 all violated my 8th Amendment to the United States of America Condition of Confinement. As a result, I suffered and still suffering and will continue to suffer injuries in the Embarrassment, Mental distress and other injuries. Had a weapon been used I may have died or been severely injured and disabled.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Physically battered, my left ribs were bruised, my left shoulder was hurt, my neck & head was hurt. In addition, I suffer and continue to suffer emotional and mental anguish which is Depression & Anxiety when around groups of people.

5. **Administrative Remedies.**   602 Log No. 292716
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I the Plaintiff ask the Court to issue a declaratory Judgement stating that:
1. The failure to protect by SGT Solorzano, Morris, John Doe 1-6 Violated the Plaintiffs rights under the 8th Amendment to the United State Constitutional and Constituted an assault and battery under State law.
2. Defendants Solorzano, Morris Does 1-6 Failure to take action to curb physical abuse of plaintiff violated plaintiff rights under 8th Amendment and Constituted an assault and battery under State law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/15/23
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

## D. CAUSE OF ACTION

### CLAIM I III

1. State the constitutional or other federal civil right that was violated: 28 U.S.C 1367, California State Constitutional Rights; General Neglegence (Tort Claim only).

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: Failed to Summon Medical Staff;

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   This Court has Jurisdiction over plaintiff State law (Tort) Pursuant to 28 U.S.C 1367. The defendant MS DOE #1 is responsible under Civil Code 1714(a). The Cause of Action is General Negligence which caused irreparable injuries both Physical & Mental & Emotional. The officer is liable under Government Code 844.6(d). MS Doe on 3-22-22 failed to "Summon medical help despite, (I) the plaintiff explained that I was just assaulted & Battered and was in servere pain. MS Doe Job was to respond to the emergency. Because of the lack of action, the officer exhibited General Neglegence, intentional infliction of emotional distress. MS Doe failed to act when she had a law to do so, California Government Code 845.6. MS Doe sent me back to my housing unit. After not being protected on the yard and turned away at Medical (TTA) I felt as helpless as a person could be. Had a weapon been used, my estate would be the one filing this suit. That isn't right.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   physically battered, my left ribs were bruised, my left Shoulder was hurt, my neck & head was hurt bad. In addition, I suffer and continue to suffer emotional and mental anguish which is Depression & Anxiety when I am around groups of people

5. **Administrative Remedies:**    602 Log No. 238414
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5A

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 28 U.S.C 1367 California State Constitutional Rights (Tort only) Negligence, Baker v. California Civil Code 1714(6)

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: Failure to Summon Medical Staff

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   This Court has Jurisdiction over Plaintiffs State laws Pursuant to 28 U.S.C 1367. Ms Doe on 3-22-22 at Folsom State Prison, failed to "Summon medical Care". The State of California is also liable (see Watson v. California (1993) 21 Cal. App 4th 83.61) Many State and Federal laws were violated, including but not limit Condition of Confinement, Negligence, Deliberate indifference & cruel & unusal Punishment. The officer was negligent which Caused me pain, this mean California is also liable. The officer was suppose to take reasonable action to Summon medical Staff. By failing to do so, I lived with Servere pain and mental, Emotional anguish and distrust for authority.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Physical injuries include left ribs, left Shoulder, Neck and head. Moreover, emotional anguish and mental anguish I.E. Depression & Anxiety.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This Claim has Merit because of the Denile of Medical Care against Doc which I exhausted at the highest level

   JB

CLAIM 6

1. State the constitutional or other federal civil right that was violated: 28 U.S.C 1367 California State Constitutional Rights (Tort only)

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Respondent Superior

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3·21·22 & 3·22·22 Correctional officers Sergeant Solorzano, officer Morris, Doe 1-7 failed to ether act on my plea for help from being attacked by other inmates, and failed to intervene when the assault and battery was taking place plus failed to summon medical help. All the Defendants broke Californias Constitutional Rights by being Neglegent, Because of So, law Says their Employer is responsible under California Statutes. Warden Rich Hill is responsible for his employees actions or non actions for that matter. In every one of these situations, the employers sat on there hands and did absolutly nothin Rich Hill is responsible under "Respondent superior" (see Longin v. Kelly 875 F Supp. 196 2d-02 S.D.N.Y 1995)(The plaintiff apologises for quoting but wants Hishoner to see the law).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Physically battery; left ribs were hurt along with left shoulder, Neck, head and I suffer from Emotional and Mental anguish which is irreparable.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Warden Rich Hill was not included in my Appeal because the Appeal Coordinator Would not allow it since he was not directly involved. However by law his is now responsibl

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

JC

## Claim #7

1. 42 U.S.C 1983 8th Amendment to the U.S Constitution & 28 U.S.C 1367 (Intential Negligence) California State Constitution Tort Claim Civil Code 1714(a)

2. Claim 6: Equal Protection

3. Supporting Facts:
On 3·21·22 & 3·22·22 Defendants Solorzano, Morris, Does 1-6 acted under state law when they failed to protect me from the assault & Battery of 3 inmates. By doing so, the Defendants violated the Equal Protection Clause of the 8th Amendment of the U.S Consitution. Every individual shall be treated equally. The Defendants responded promptly to previous assault & Batteries, which "Protected the Victim". By so, the plaintiff has suffered injuries that were in a embarrassment, Physical, Mental and other injuries. This Court has Jurisdiction over plaintiff state laws pursuant to 28 U.S.C 1367. The defendants are responsible under Civil Code 1714(a). The cause of action is Negligence which caused injuries making them liable under Government Code 844.6(d). California Statutes Says "Prisoners shall be treated with humanity." The plaintiff was not treated as so on the dates at hand.

4. Injury: Physically battered, my left ribs were brused, my left shoulder was hurt, my neck & head was hurt. Inadittion I suffer and continue to suffer emotional and mental anguish which is Depression & Anixety when around groups of people.

5. 602 Log No 292716   Remedies exhausted.                SD

# Requested Relif Continued

3. Defendants Solorzano, Morris Doe 1-6 violated Plaintiffs 8th Amendment of the Constitution Rights for failure to Protect, Delibrate indifference, Condition of Confinement & Cruel & unusal Punishment. In addition, Defendants Solorzano, Morris Doe 1-6 violated Plaintiffs State Constitutional Rights under Negligences for failure to Intervene during the Assault & Battery of the Plaintiff

4. Defendant Ms Doe violated Plaintiffs California State Consitution under Negligence for failing to Summon Medical Care when Plaintiff was injured and asking for help

5. Defendant Rich Hill is responsible under California State Constitution for his Employees violation of California State Constitution

B. Plaintiff as the Court to issue an injuntion ordering Defendants Solorzano, Morris, Doe 1-6 to attend Victim Awareness Classes to see the impact Victims go through. officers are trained against Empathy and that is irrational.

C. I the Plaintiff ask the Court to award Compensatory damages in the following amounts:

1. 70,000 Jointly & Severally against Defendants Solorzano, Morris, Doe 1-6 for Physical and Mental/Emotional Injuries Sustained as a result of the assault & Battery they failed to stop. In addition for (Tort Claim) 50,000 Jointly & Severally against Defendants Solorzano, Morris, Doe 1-6 as a result of Negligence for failing to Intervene in the Assault & Battery which resulted in Physical and Mental/Emotional Injuries.

2. 100,000 Jointly & Severally against The State of California, Warden Rich Hill and Ms Doe for Violation of California State Constitution for failure to Summon Medical Care & Respondent Superior.(Tort)

3. 50,000 Jointly & Severally against defendants Solorzano, Morris, Doe 1-6 for deprivation of liberty and emotional Injury resulting from Denial of Due Process, Condition of Confinement

D. Plaintiff ask for Award of Punitive damages in the amounts:

1. 80,000 against defendants Solorzano, Morris
2. 60,000 against defendants Doe 1-6

Proof of Service

I Millard Baker is sending to U.S District Court an Amended Civil Rights Complaint on this date of 3-15-23

Do to mandated quarantine, I can not get to law library before 30 day deadline

I sent MR Ruhparwar a letter stating my current address.

Respectfully Submitted,

Millard Baker II

3-15-23