IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILLARD WAYNE BAKER, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**SOLORANO, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01096-KJM-JDP<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF THE POST-SCREENING ADR PROJECT |

On May 10, 2023, the Court issued an order referring the case to its Post-Screening ADR Project and staying the action for a period of 120 days. (ECF No. 45.) After investigating Plaintiff's claims, speaking with Plaintiff, and conferring with supervising counsel, Defendants filed a Motion to Opt Out of the Post-Screening ADR Project on grounds that a settlement conference would not be beneficial at this time.

Good cause appearing, the Court hereby **GRANTS** Defendants' Motion to Opt Out of the Post-Screening ADR Project.

1

[Proposed] Order re. Defs.' Mot. to Opt Out of the Post-Screening ADR (2:22-cv-01096-KJM-JDP)

IT IS SO ORDERED.

Dated:   July 5, 2023  

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order re. Defs.' Mot. to Opt Out of the Post-Screening ADR (2:22-cv-01096-KJM-JDP)