UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLARD WAYNE BAKER, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>SOLORANO, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01096-KJM-JDP (PC)<br><br>ORDER |

Defendants filed a request to clarify deadlines, which the court construes as a motion to modify the July 6, 2023 scheduling order. ECF No. 56. Good cause appearing, defendants' motion is granted.

Accordingly, it is hereby ORDERED that:

1. Defendants' motion to modify the scheduling order, ECF No. 56, is construed as a motion to modify the scheduling order and is granted.

2. Defendants' responsive pleading is due by October 10, 2023.

3. The deadline for the completion of all discovery, including filing all motions to compel discovery, is February 9, 2024.

      4.  All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, shall be served not later than December 1, 2023.  If plaintiff seeks leave to amend the complaint, he must file any motion to amend no later than February 9, 2024.

      5.  Dispositive motions shall be filed on or before July 8, 2024.

IT IS SO ORDERED.

Dated:   October 2, 2023

      JEREMY D. PETERSON  
      UNITED STATES MAGISTRATE JUDGE