IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILLARD WAYNE BAKER, JR.,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SOLORANO, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:22-cv-01096-KJM-JDP<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

　　　Having read and considered Defendants' first request for an extension of time to file a reply in support of their partial motion to dismiss Plaintiff's second amended complaint, the declaration of Defendants' counsel supporting the request, and for good cause appearing, the application is **GRANTED**. Defendants may file and serve their reply on or before December 15, 2023.

IT IS SO ORDERED.

Dated:　　November 16, 2023　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE