UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLARD WAYNE BAKER, JR., <br><br> Plaintiff, <br><br> v. <br><br> C. SOLORANO, et al., <br><br> Defendants. | No. 2:22-cv-01096-KJM-JDP (PC) <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On October 10, 2024, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **October 10, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1